# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD D. TUCKER & GINGER TUCKER  Case Number: 07-73007
122 N. CROSS STREET
SYCAMORE, IL  60178  SSN-xxx-xx-5752 & xxx-xx-2541

Case filed on: 12/11/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,840.75   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 005 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DEUTSCHE NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | INTERNAL REVENUE SERVICE | 1,053.97 | 1,053.97 | 0.00 | 0.00 |
|  | Total Priority | 1,053.97 | 1,053.97 | 0.00 | 0.00 |
| 998 | RICHARD D. TUCKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD D. TUCKER | 0.00 | 0.00 | 992.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 992.00 | 0.00 |
| 008 | THE NATIONAL BANK & TRUST CO SYCAMORE | 8,584.28 | 8,584.28 | 603.94 | 279.06 |
| 009 | THE NATIONAL BANK & TRUST CO SYCAMORE | 6,740.11 | 6,740.11 | 473.08 | 353.03 |
| 010 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,324.39 | 15,324.39 | 1,077.02 | 632.09 |
| 001 | DEUTSCHE BANK NATIONAL ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DEUTSCHE BANK NATIONAL ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ACCOUNT SOLUTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ACS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ALLIANCE ONE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMERICAN MEDIATION & ALTERNATIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AMERICAN STUDENT ASSISTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | APLINGTON, KAUFMAN, MCCLINTOCK | 1,076.07 | 1,076.07 | 0.00 | 0.00 |
| 019 | ASPIRE VISA GOLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ATG CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 1,046.05 | 1,046.05 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 798.26 | 798.26 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 3,654.73 | 3,654.73 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CAPITAL ONE | 1,501.03 | 1,501.03 | 0.00 | 0.00 |
| 026 | CAPITAL ONE | 1,132.66 | 1,132.66 | 0.00 | 0.00 |
| 027 | COLLECTION PROFESSIONALS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | DEKALB COUNTY SHERIFF | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | DEKALB MAGNETIC RESONANCE CENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | HSBC BANK N/A | 248.87 | 248.87 | 0.00 | 0.00 |
| 034 | ECMC | 21,015.25 | 21,015.25 | 0.00 | 0.00 |
| 035 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ERICA TUCKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ERICA TUCKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | PREMIER BANKCARD | 272.33 | 272.33 | 0.00 | 0.00 |
| 041 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | HSBC BANK N/A | 274.61 | 274.61 | 0.00 | 0.00 |
| 043 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | KCA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MIDWEST ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | NCO FINANICAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | NICOR GAS | 1,336.48 | 1,336.48 | 0.00 | 0.00 |
| 048 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 049 | ROCKFORD MERCANTILE AGENCY INC | 87.30 | 87.30 | 0.00 | 0.00 |
| 050 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | RRCA ACCOUNTS MANAGEMENT | 1,083.71 | 1,083.71 | 0.00 | 0.00 |
| 052 | RYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | SECURITY FINANCE | 1,324.84 | 1,324.84 | 0.00 | 0.00 |
| 054 | SFC - CENTRAL BANKRUPTCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | TRIBUTE PAYMENT PROCESSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | AFNI/VERIZON | 362.21 | 362.21 | 0.00 | 0.00 |
| 059 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | MS. TUCKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | SYCAMORE ANIMAL HOSPITAL | 719.00 | 719.00 | 0.00 | 0.00 |
| | Total Unsecured | 35,933.40 | 35,933.40 | 0.00 | 0.00 |
| | Grand Total: | 55,811.76 | 55,811.76 | 2,069.02 | 632.09 |

Total Paid Claimant:      $2,701.11
Trustee Allowance:         $139.64
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan